| AO 10 Rev. 1/2007 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2006 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Tatel, David S | 2. Court or Organization U.S. Court of Appeals, DC Cir. | 3. Date of Report 5/11/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. Circuit Judge (Active) | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2006 to 12/31/2006 |
| 7. Chambers or Office Address Prettyman U.S. Courthouse 333 Constitution Ave., NW Washington, DC 20001 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Carnegie Foundation for the Advancement of Teaching |
| 2. Director | Historical Society for the District of Columbia Circuit |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2001 MAY 18 A 11: 30 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Tatel, David S | 5/11/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X]  NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ]  NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006 | Self-Employed (education consultant) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ]  NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Carnegie Foundation for the Advancement of Teaching, Stanford, CA | Berkeley, CA- 3/23-24, Executive Committee Meeting (airfare, meals, and rental car). |
| 2. | University of Chicago Law School, Chicago, IL | Chicago, IL- 5/4, Hinton Moot Court Competition (airfare, hotel, local transportation). |
| 3. | Carnegie Foundation for the Advancement of Teaching, Stanford, CA | Princeton, NJ- 6/1-2, ETS/Carnegie Conference (airfare, train, local transportation). |
| 4. | Carnegie Foundation for the Advancement of Teaching, Stanford, CA | Berkeley, CA- 7/13-14, Executive Committee & Board Meetings (airfare, meals, rental car, local transportation) |

| Name of Person Reporting | Date of Report |
|---|---|
| Tatel, David S | 5/11/2007 |

5.

| Name of Person Reporting | Date of Report |
|---|---|
| Tatel, David S | 5/11/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tatel, David S | 5/11/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Chevy Chase Bank- checking acct. | A | Interest | J | T | | | | | |
| 2. Chevy Chase Bank- CD | A | Interest | J | T | | | | | |
| 3. ING Bank | A | Interest | J | T | | | | | |
| 4. SEI Daily Income Prime Obligation Cl. B | C | Dividend | K | T | | | | | |
| 5. Maryland St Dept Transn Cons Transn Rev dtd 9/15/94 5% | B | Interest | K | T | | | | | |
| 6. Charles Cnty MD Cons Pub Impt GO dtd 2/15/96 5% | B | Interest | | | Redeemed | 3/1 | L | B | |
| 7. Starbucks Corp. | | None | L | T | | | | | |
| 8. Standard & Poors Midcap 400 | A | Dividend | L | T | | | | | |
| 9. Federal Realty Investment Trust | B | Dividend | L | T | Partial Sale | 4/4 | K | D | |
| 10. Avalonbay Communities | B | Dividend | L | T | | | | | |
| 11. St. Joe Company | A | Dividend | K | T | | | | | |
| 12. Archstone-Smith Trust | B | Dividend | L | T | | | | | |
| 13. Calvert Group Tax-Free Money Market Fund | A | Dividend | | | Sold | 2/22 | J | A | |
| 14. Harford Cnty MD 4.25% 1/15/09 | A | Interest | K | T | | | | | |
| 15. American Century Global Gold Fund | A | Dividend | K | T | Partial Sale | 8/16 | J | C | |
| 16. See Item #15 | | | | | Addl. Purch. | 6/13 | J | | |
| 17. ISHARES Russell 2000 | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tatel, David S | 5/11/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. ISHARES S&P Europe 350 | B | Dividend | L | T | | | | | |
| 19. ISHARES MSCI Spain | A | Dividend | L | T | | | | | |
| 20. T. Rowe Price New Asia Fund | D | Dividend | L | T | | | | | |
| 21. See Item #20 | | | | | Addl. Purch. | 12/20 | J | | |
| 22. Morgan Stanley MTN Var-Cpn due 2/01/11 | C | Interest | K | T | | | | | |
| 23. Nexen Inc. | A | Dividend | L | T | | | | | |
| 24. Suncor Energy Inc. | A | Dividend | K | T | | | | | |
| 25. U.S. Treasury Bill Z-Cpn due 2/23/06 | A | Interest | | | Matured | 2/23 | K | A | |
| 26. U.S. Treasury Bill due 4/27/06 | B | Interest | | | Matured | 4/27 | L | A | |
| 27. Midfirst Bank CD 4% due 10/5/06 | B | Interest | | | Matured | 10/5 | K | A | |
| 28. Eincana Corp. | A | Dividend | J | T | Purchased | 6/7 | J | | |
| 29. iShares MSCI Germany | A | Dividend | K | T | Purchased | 8/15 | K | | |
| 30. U.S. Treasury Bill due10/26/06 | B | Interest | | | Purchased | 4/27 | L | | |
| 31. See Item 30 | | | | | Matured | 10/26 | L | A | |
| 32. FHLB 5.125% due 6/18/08 | B | Interest | L | T | Purchased | 6/22 | L | | |
| 33. U.S. Treasury Bill due 6/22/06 | A | Interest | | | Purchased | 3/27 | L | | |
| 34. See Item #33 | | | | | Matured | 6/22 | L | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tatel, David S | 5/11/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. U.S. Treasury Bill due 4/26/07 | B | Interest | L | T | Purchased | 10/31 | L | | |
| 36. Simplified Employee Pension Plan (SEP-IRA) | B | Int./Div. | L | T | | | | | |
| 37. --Adams Express Co. | | | | | | | | | |
| 38. --SEI Daily Income Prime Obl Cl B | | | | | | | | | |
| 39. --St. Joe Company | | | | | Partial Sale | 8/15 | J | A | |
| 40. --ISHARES S&P Europe 350 | | | | | Sale | 12/29 | J | C | |
| 41. --ISHARES MSCI Spain | | | | | | | | | |
| 42. --Canadian Oil Sands Trust | | | | | Partial Sale | 8/15 | J | A | |
| 43. --Petroleum & RES Corp. | | | | | Partial Sale | 1/17 | J | A | |
| 44. See Item #43 | | | | | Partial Sale | 8/15 | J | A | |
| 45. --Templeton Dragon Fd Inc. | | | | | | | | | |
| 46. --U.S. Treasury Bill Z-Cpn due 2/23/06 | | | | | Matured | 2/23 | J | A | |
| 47. Dodge & Cox International Stock Fund | | | | | Purchased | 12/28 | J | | |
| 48. Westernbank PR CD 5.1% due 5/3/07 | | | | | Purchased | 4/27 | K | | |
| 49. iShares MSCI Australia | | | | | Purchased | 8/15 | J | | |
| 50. See Item #49 | | | | | Sold | 12/20 | J | B | |
| 51. Mercantile Bk MI CD 5.05% due 1/4/08 | | | | | Purchased | 12/26 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tatel, David S | 5/11/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   Individual Retirement Account | F | Int./Div. | P1 | T | | | | | |
| 53.   --SEI Daily Income Prime Obl Cl B | | | | | | | | | |
| 54.   --Avalonbay Communities Inc. | | | | | Partial Sale | 1/30 | K | D | |
| 55.   See Item #54 | | | | | Partial Sale | 4/4 | J | C | |
| 56.   --Royce Value Trust, Inc. | | | | | Addl. Purch | 6/23 | J | | |
| 57.   See Item #56 | | | | | Partial Sale | 6/30 | J | A | |
| 58.   --Adams Express Co. | | | | | Partial Sale | 4/28 | J | D | |
| 59.   See Item #58 | | | | | Partial Sale | 6/7 | K | E | |
| 60.   --Standard & Poors Midcap 400 | | | | | | | | | |
| 61.   --Cohen & Steers Total Return Realty Fund, Inc. | | | | | | | | | |
| 62.   --Franklin Capital Growth Fund | | | | | | | | | |
| 63.   --Franklin Equity Income Fund | | | | | | | | | |
| 64.   --Ishares MSCI Canada Index Fund, Inc. | | | | | | | | | |
| 65.   --T. Rowe Price Growth & Income Fund, Inc. | | | | | | | | | |
| 66.   --T. Rowe Price Equity Income Fund, Inc. | | | | | | | | | |
| 67.   --T. Rowe Price International Stock Fund | | | | | | | | | |
| 68.   --Third Avenue Value Fund, Inc. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tatel, David S | 5/11/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. --St. Joe Co. | | | | | Partial Sale | 5/3 | J | D | |
| 70. See Item #69 | | | | | Partial Sale | 8/15 | J | C | |
| 71. --American Century Global Gold Fund | | | | | Partial Sale | 5/1 | J | C | |
| 72. See Item #71 | | | | | Addl. Purch. | 6/14 | J | | |
| 73. --FHLMC MTN 4.5% due 11/15/09 | | | | | | | | | |
| 74. --Morgan Stanley MTN Var-Cpn 2/1/11 | | | | | | | | | |
| 75. --Weingarten Realty Investors Fund | | | | | | | | | |
| 76. --CISCO Systems, Inc. | | | | | | | | | |
| 77. --Prologis | | | | | | | | | |
| 78. --Sanofi-Aventis ADR | | | | | | | | | |
| 79. --Syngenta AG ADR | | | | | | | | | |
| 80. --Veolia Environment ADR | | | | | | | | | |
| 81. --Petroleum & RES Corp. | | | | | Partial Sale | 1/17 | J | A | |
| 82. --Templeton Dragon Fd Inc. | | | | | | | | | |
| 83. --U.S. Treasury Bill due 5/25/06 | | | | | Matured | 5/25 | M | A | |
| 84. --FNMA 5% due 1/15/07 | | | | | | | | | |
| 85. --U.S. Treasury Note 4.25% due 11/30/07 | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tatel, David S | 5/11/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. --Broadway Bank CD 3.7% due 6/30/06 | | | | | Matured | 6/30 | L | A | |
| 87. --Midfirst Bank CD 4% due 10/5/06 | | | | | Matured | 10/5 | L | A | |
| 88. --First FED CA CD 4.35% due 11/9/06 | | | | | Matured | 11/9 | K | A | |
| 89. --Lehman Bros Bk CD 4.05% due 9/1/06 | | | | | Matured | 9/1 | L | A | |
| 90. --Encana Corp. | | | | | Purchased | 6/7 | J | | |
| 91. --iShares MSCI EAFE Index Fund | | | | | Purchased | 2/1 | K | | |
| 92. --FHLB 5.125% due 6/18/08 | | | | | Purchased | 9/8 | M | | |
| 93. --Washington Mutual Bank CD 4.8% due 3/1/07 | | | | | Purchased | 2/23 | L | | |
| 94. --First Federal Bank CD 5.1% due 5/16/07 | | | | | Purchased | 5/12 | K | | |
| 95. --First Reliance Bank CD 5.45% due 7/6/07 | | | | | Purchased | 6/28 | L | | |
| 96. --Spiritbank NA CD 5.15% due 9/7/07 | | | | | Purchased | 8/30 | L | | |
| 97. --Morgan Stanley Bank CD 5.1% due 11/8/07 | | | | | Purchased | 10/31 | M | | |
| 98. --iShares MSCI Switzerland Index | | | | | Purchased | 6/7 | K | | |
| 99. See Item #98 | | | | | Addl. Purch. | 11/29 | K | | |
| 100. See Item #99 | | | | | Sale | 12/20 | L | D | |
| 101. --ETFS Agriculture DJ-Aigcism | | | | | Purchased | 12/27 | K | | |
| 102. Life Insurance- Massachusetts Mutual Life | None | M | T | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tatel, David S | 5/11/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| Insurance | | | | | | | | | |
| 103. Rental property, Rappahannock County, VA (8/2/96 $86,600) | D | Rent | L | R | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tatel, David S | 5/11/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____ Date 5/14/07 _____

NOTE: ANY IN[  ]L WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL
AND CRIMINA[  ]CTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544